# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Katsas, Gregory G. | U.S. Court of Appeals for the D.C. Circuit | 08/12/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 (reportable holdings are included in Part VII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 11/2009 | Jones Day - defined benefit pension plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katsas, Gregory G. | 08/12/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | Feb. 2-3, 2018 | Orlando, FL | Speak at conference | Transportation, meals, lodging |
| 2. | Federalist Society & Harvard | April 2-3, 2018 | Cambridge, MA | Speak at law school | Transportation, meals, lodging |
| 3. | Federalist Society | April 5-6, 2018 | Columbus, OH | Speak at conference | Transportation, meals, lodging |
| 4. | Federalist Society | June 5, 2018 | Newark, NJ | Speech | Transportation, meals, lodging |
| 5. | GMU Antonin Scalia Law Sch. | July 30-31, 2018 | Padova, Italy | Teaching | Transportation, meals, lodging |
| 6. | AEI | Aug. 13-15, 2018 | Jackson Hole, WY | Speak at conference | Transportation, meals, lodging |
| 7. | Federalist Society | Sept. 3-7, 2018 | Avon, CO | Seminar | Transportation, meals, lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katsas, Gregory G. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab Bank (cash) (X) | A | Interest | L | T | | | | | |
| 2. United Trust (cash) (X) | A | Interest | J | T | | | | | |
| 3. KS 529 Acct #1 (H) | | | | | | | | | |
| 4. Schwab Aggressive Growth Index Portfolio | B | Dividend | M | T | | | | | 59 |
| 5. KS 529 Acct #2 (H) | | | | | | | | | |
| 6. Schwab Aggressive Growth Index Portfolio | B | Dividend | M | T | | | | | 60 |
| 7. VA 529 Acct #3 (H) | | | | | | | | | |
| 8. 529 Virginia Prepay - tuition plan | | None | L | T | | | | | 61 |
| 9. VA 529 Acct #4 (H) | | | | | | | | | |
| 10. Vanguard Total Stock Index Fund (VSMPX) | | None | L | T | | | | | 62 |
| 11. VA 529 Acct #5 (H) | | | | | | | | | |
| 12. Vanguard Total Stock Index Fund (VSMPX) | | None | J | T | | | | | 62 |
| 13. Invesco Advisors Stable Value Portfolio (X) | | None | J | T | | | | | |
| 14. VA 529 Acct #6 (H) | | | | | | | | | |
| 15. 529 Virginia Prepay - tuition plan | | None | L | T | | | | | 61 |
| 16. VA 529 Acct #7 (H) | | | | | | | | | |
| 17. Vanguard Total Stock Index Fund (VSMPX) | | None | J | T | | | | | 62 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katsas, Gregory G. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VA 529 Acct #8 (H) | | | | | | | | | |
| 19. Vanguard Total Stock Index Fund (VSMPX) | | None | K | T | | | | | 62 |
| 20. Invesco Advisors Stable Value Portfolio (X) | | None | J | T | | | | | |
| 21. Brokerage Acct #1 (H) | | | | | | | | | |
| 22. Fidelity Core Cash Account (cash) (X) | C | Interest | O | T | | | | | |
| 23. Gateway Fund Class Y (GTEYX) | D | Dividend | N | T | Buy (add'l) | 09/12/18 | M | | 166 |
| 24. Schwab Fundamental US Large Co Index (SFLNX) | E | Dividend | N | T | Buy (add'l) | 09/12/18 | M | | 168 |
| 25. | | | | | Buy (add'l) | 10/17/18 | L | | |
| 26. iShares Core S&P ETF (IVV) | D | Dividend | O | T | Buy (add'l) | 02/12/18 | M | | 145 |
| 27. iShares Russell 2000 ETF (IWM) | C | Dividend | N | T | Buy (add'l) | 02/12/18 | L | | 159 |
| 28. | | | | | Buy (add'l) | 09/13/18 | L | | |
| 29. IRA #1 (H) | | | | | | | | | |
| 30. Schwab Bank Sweep Account (cash) (X) | A | Interest | M | T | | | | | |
| 31. Charles Schwab US MC ETF (SCHM) | B | Dividend | L | T | | | | | 114 |
| 32. First TST NASDAQ 100 Tec ID Fund (QTEC) | A | Dividend | K | T | Sold (part) | 01/26/18 | K | C | 157 |
| 33. Schwab US Broad Market ETF (SCHB) | B | Dividend | L | T | | | | | 110 |
| 34. Schwab US Dividend Equity ETF (SCHD) | D | Dividend | M | T | Buy (add'l) | 10/18/18 | J | | 116 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katsas, Gregory G. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Schwab US Large Cap Growth ETF (SCHG) | A | Dividend | L | T | Buy (add'l) | 11/21/18 | K | | 113 |
| 36. Schwab US Large-Cap ETF (SCHX) | B | Dividend | L | T | Buy (add'l) | 11/21/18 | K | | 115 |
| 37. Boston Partners Long Short Res I (BPIRX) | D | Dividend | M | T | Buy (add'l) | 01/05/18 | K | | 153 |
| 38. | | | | | Buy (add'l) | 01/26/18 | K | | |
| 39. | | | | | Sold (part) | 11/05/18 | M | | |
| 40. IRA #2 (H) | | | | | | | | | |
| 41. Schwab US Dividend Equity Fund (SCHD) | A | Dividend | K | T | Buy (add'l) | 01/05/18 | J | | 165 |
| 42. Brokerage Acct #2 (H) | | | | | | | | | |
| 43. iShares Core S&P 500 ETF (IVV) | B | Dividend | L | T | Buy (add'l) | 02/21/18 | K | | 145 |
| 44. Vanguard Dividend Appreciation Fund (VIG) | B | Dividend | K | T | | | | | 98 |
| 45. FMI Large Cap Fund (FMIHX) | E | Dividend | M | T | | | | | 99 |
| 46. Schwab Fundamental Intl Large Co Index (SFNNX) (X) | C | Dividend | L | T | | | | | |
| 47. Vanguard 500 Index Fd Admiral SHRS (VFIAX) | B | Dividend | M | T | | | | | 163 |
| 48. Brokerage Acct #3 (H) | | | | | | | | | |
| 49. Schwab Cash Sweep (SWXXX) (cash equivalent) (X) | A | Interest | N | T | | | | | |
| 50. Schwab US Broad Market ETF (SCHB) | A | Dividend | M | T | Buy | 10/24/18 | M | | |
| 51. Schwab US Large-Cap Value ETF (SCHV) | B | Dividend | M | T | Buy (add'l) | 10/24/18 | L | | 111 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 7 of 13

**Name of Person Reporting**

Katsas, Gregory G.

**Date of Report**

08/12/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Schwab US Small-Cap ETF (SCHA) | A | Dividend | K | T | | | | | 112 |
| 53. Boston Partners Long Short Research Inst Fund (BPIRX) | E | Dividend | N | T | | | | | 153 |
| 54. Diamond Hill Long Short Fund Cl I (DHLSX) | D | Dividend | M | T | | | | | 155 |
| 55. Oakmark Intl. Small Cap Fund (OAKEX) | | None | | | Buy (add'l) | 01/31/18 | M | | 162 |
| 56. | | | | | Sold | 03/15/18 | N | | |
| 57. Oakmark Intl Small Cap Fund Inst (OANEX) | D | Dividend | | | Buy | 03/15/18 | N | | |
| 58. | | | | | Sold (part) | 08/22/18 | M | | |
| 59. | | | | | Sold (part) | 08/29/18 | K | | |
| 60. | | | | | Sold | 12/28/18 | L | | |
| 61. Parametric Tax Mgd. Emerging Mkts. Instl. Fund (EITEX) | C | Dividend | M | T | | | | | 164 |
| 62. T Rowe Price New Era Fd Inv (PRNEX) | | None | | | Buy | 01/31/18 | M | | |
| 63. | | | | | Sold | 08/09/18 | M | | |
| 64. T Rowe Price New Era Fd 1 (TRNEX) | B | Dividend | | | Buy | 08/09/18 | M | | |
| 65. | | | | | Sold (part) | 11/05/18 | M | | |
| 66. | | | | | Sold | 12/28/18 | L | | |
| 67. Vanguard 500 Index Fd Admiral SHRS (VFIAX) | C | Dividend | M | T | Buy (add'l) | 02/07/18 | K | | 163 |
| 68. | | | | | Buy (add'l) | 02/21/18 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wasatch Intl Growth FD Inst (WIIGX) | E | Dividend | | | Buy (add'l) | 01/31/18 | L | | 160 |
| 70. | | | | | Sold | 12/28/18 | M | | |
| 71. IRA #3 (H) | | | | | | | | | |
| 72. Schwab Bank Sweep (cash) (X) | A | Interest | K | T | | | | | |
| 73. iShares Core S&P SmallCap (IJR) | | None | | | Sold | 01/31/18 | L | C | 147 |
| 74. iShares Core S&P 500 (IVV) | D | Dividend | N | T | Buy (add'l) | 02/07/18 | L | | 145 |
| 75. | | | | | Buy (add'l) | 02/08/18 | K | | |
| 76. | | | | | Buy (add'l) | 10/16/18 | L | | |
| 77. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 78. | | | | | Buy (add'l) | 11/21/18 | L | | |
| 79. Blackstone Alt Multi Strategy Fund (BXMIX) | | None | | | Sold | 03/23/18 | L | | 152 |
| 80. Boston Partners Long Short Research Inst (BPIRX) | D | Dividend | M | T | Buy | 05/02/18 | L | | |
| 81. | | | | | Buy (add'l) | 10/16/18 | L | | |
| 82. Diamond Hill Long Short Fund (DHLSX) | C | Dividend | L | T | | | | | 155 |
| 83. Harding Loevner Inst Emrg Mkts Cl 1 (HLMEX) (X) | | None | | | Buy (add'l) | 02/07/18 | K | | |
| 84. | | | | | Sold | 06/29/18 | M | | |
| 85. Schwab Fundamental Intl Large Co Index (SFNNX) (X) | B | Dividend | K | T | Sold (part) | 11/05/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IRA #4 (H) | | | | | | | | | |
| 87. Schwab Bank Sweep (cash) (X) | A | Interest | L | T | | | | | |
| 88. ishares core S&P Midcap (IJH) | | None | | | Sold | 01/31/18 | L | E | 146 |
| 89. iShares Core S&P Small Cap ETF (IJR) | | None | | | Sold | 01/31/18 | L | E | 147 |
| 90. iShares Core S&P 500 ETF (IVV) | C | Dividend | N | T | Buy (add'l) | 02/07/18 | L | | 145 |
| 91. | | | | | Buy (add'l) | 08/22/18 | M | | |
| 92. | | | | | Buy (add'l) | 10/24/18 | K | | |
| 93. Schwab US Large Cap Value ETF (SCHV) | B | Dividend | M | T | Buy | 09/25/18 | M | | |
| 94. | | | | | Buy (add'l) | 10/16/18 | K | | |
| 95. | | | | | Buy (add'l) | 10/24/18 | K | | |
| 96. Vanguard Dividend Appreciation ETF (VIG) | C | Dividend | N | T | Buy (add'l) | 08/22/18 | L | | 169 |
| 97. | | | | | Buy (add'l) | 09/25/18 | L | | |
| 98. | | | | | Buy (add'l) | 10/16/18 | L | | |
| 99. Blackstone Alt Multi Strat Fd Inst (BXMIX) | | None | | | Sold | 03/23/18 | M | | 152 |
| 100. Deutsche Global Infrastructure Inst (TOLIX) | B | Dividend | | | Buy | 01/31/18 | M | | |
| 101. | | | | | Sold | 06/29/18 | M | | |
| 102. Fidelity Advisor New Insights (FINSX) | | None | | | Sold | 01/31/18 | M | F | 151 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katsas, Gregory G. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Gateway Fund CL Y (GTEYX) | C | Dividend | N | T | Buy (add'l) | 08/22/18 | M | | 167 |
| 104. Harding Loevner Inst Emrg Mkts Cl I (HLMEX) (X) | A | Dividend | K | T | Buy (add'l) | 02/01/18 | L | | |
| 105. | | | | | Sold (part) | 06/29/18 | L | | |
| 106. Natixis Vaughan Nelson Value Opportunity Fund (VNVYX) | D | Dividend | L | T | Buy (add'l) | 01/31/18 | M | | 161 |
| 107. | | | | | Sold (part) | 08/22/18 | M | D | |
| 108. | | | | | Sold (part) | 11/05/18 | L | | |
| 109. Brokerage Acct #4 (H) | | | | | | | | | |
| 110. Large Cap Equity Managed Pool (SCGE1) | | None | K | T | Buy | 02/07/18 | K | | |
| 111. | | | | | Buy (add'l) | 10/05/18 | J | | |
| 112. | | | | | Buy (add'l) | 11/23/18 | J | | |
| 113. Schwab Money Market Pool (SCGM1) (X) | | None | J | T | Sold (part) | 02/07/18 | L | | |
| 114. | | | | | Buy (add'l) | 10/05/18 | J | | |
| 115. | | | | | Sold (part) | 11/23/18 | J | A | |
| 116. | | | | | Sold (part) | 11/26/18 | J | A | |
| 117. Schwab Fundamental US Large Co Index (SFLNX) | | None | J | T | | | | | 168 |
| 118. Total Market Equity Index Pool (SCBP1) | | None | L | T | Buy | 02/07/18 | K | | |
| 119. | | | | | Sold (part) | 05/14/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katsas, Gregory G. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 10/05/18 | J | | |
| 121. | | | | | Buy (add'l) | 11/23/18 | J | | |
| 122. Express Scripts Hldg (ESRX) (X) | | None | | | Sold | 10/04/18 | J | | |
| 123. Brokerage Acct #5 (H) | | | | | | | | | |
| 124. Gateway Fund CL Y (GTEYX) | C | Dividend | N | T | | | | | 166 |
| 125. Schwab Fundamental US Large Co Index (SFLNX) | F | Dividend | O | T | | | | | 168 |
| 126. Vanguard 500 Index FD Admiral Shrs (VFIAX) | C | Dividend | M | T | Buy (add'l) | 02/21/18 | K | | 163 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katsas, Gregory G. | 08/12/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This report has been reorganized by account, with assets listed in brokerage order. As a result, more than one line of the current report may correspond with a single line in the prior report and, where appropriate, multiple lines in the prior report have been consolidated herein. Where necessary for clarity, corresponding line numbers in the prior report have been included in Column D(5) for ease of review. This is not indicative of reportable transactions.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 1-58, 63-97, 100-109, 117-144, 148-150, 154, 156, 158 and 170-190 of the nomination report are not reportable in this cycle; there are not corresponding reportable transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory G. Katsas**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544